UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN, INC.,

    *Plaintiff*,

    v.

UNITED STATES DEPARTMENT
OF LABOR,

    *Defendant*.

Civil Action No. 17-CV-1938 (CRC)

## JOINT STATUS REPORT

Pursuant to the Court's order of July 17, 2018, plaintiff Public Citizen, Inc. and defendant United States Department of Labor ("DOL") (collectively, "the Parties") submit this Joint Status Report.

## BACKGROUND

On September 22, 2017, plaintiff filed a complaint under the Freedom of Information Act ("FOIA"). On October 25, 2017, defendant answered. Plaintiff sought records from the Office of the Assistant Secretary for Policy (ASP), the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA).

## REPORT ON THE PROGRESS OF PRODUCTION

With respect to ASP, DOL released all responsive documents by December 15, 2017.

With respect to MSHA, there were three productions of responsive documents, and DOL provided all responsive MSHA documents by May 24, 2018.

With respect to OSHA there have been five rolling releases of OSHA documents. The fifth release of OSHA documents completed OSHA's agreement to produce all responsive records from

OSHA's senior leadership first. Following the fifth OSHA release, the parties have conferred and set a schedule for release of the remaining OSHA documents.

The Parties propose the following schedule:

- Defendant shall review approximately 750 pages of OSHA records and produce responsive pages by September 14, 2018;

- Thereafter, defendant shall review approximately 500 pages of OSHA records per month and produce responsive pages, with the first production occurring on October 15, 2018.

Defendant has agreed to produce email records with the names of attachments—not the attachments themselves, which will be produced only as requested by plaintiff.

In light of the above, the Parties request to file another Joint Status Report on October 19, 2018.

Dated: July 27, 2018                            Respectfully submitted,

\_\_\_\_/s/_____
SEAN M. SHERMAN                                 JESSIE K. LIU
(D.C. Bar No. 1046357)                          D.C. Bar # 472845
ADINA H. ROSENBAUM                              United States Attorney
(D.C. Bar No. 490928)                           District of Columbia
Public Citizen Litigation Group
1600 20th Street, NW                            DANIEL VAN HORN
Washington, DC 20009                            D.C. Bar # 924092
(202) 588-7739                                  Chief, Civil Division
ssherman@citizen.org

                                                  *Scott Leeson Sroka*
                                                SCOTT LEESON SROKA
*Attorneys for Plaintiff*                       Member of New York Bar
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 252-7113
                                                Scott.Sroka@usdoj.gov

                                                *Attorneys for Defendant*

2