**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PUBLIC CITIZEN, INC.,<br><br>                    *Plaintiff,*<br><br>          v.<br><br>UNITED STATES DEPARTMENT<br>OF LABOR,<br><br><br>                    *Defendant.* | Civil Action No. 17-CV-1938 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order of July 30, 2018, plaintiff Public Citizen, Inc. and defendant United States Department of Labor ("DOL") (collectively, "the Parties") submit this Joint Status Report.

**BACKGROUND**

On September 22, 2017, plaintiff filed a complaint under the Freedom of Information Act ("FOIA"). On October 25, 2017, defendant answered. Plaintiff sought records from the Office of the Assistant Secretary for Policy (ASP), the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA).

**REPORT ON THE PROGRESS OF PRODUCTION**

With respect to ASP, DOL released all responsive documents by December 15, 2017. With respect to MSHA, there were three productions of responsive documents, and DOL provided all responsive MSHA documents by May 24, 2018. With respect to OSHA there have been seven rolling releases of OSHA documents. The parties have agreed that DOL shall continue to review

approximately 500 pages of OSHA records per month and produce responsive pages, with the next production occurring on November 15, 2018.

Defendant has agreed to produce email records with the names of attachments—not the attachments themselves, which will be produced only as requested by plaintiff.

In light of the above, the Parties request to file another Joint Status Report on March 22, 2019.

Dated: October 19, 2018                              Respectfully submitted,

____/s/_____
SEAN M. SHERMAN                                      JESSIE K. LIU
(D.C. Bar No. 1046357)                               D.C. Bar # 472845
ADINA H. ROSENBAUM                                   United States Attorney
(D.C. Bar No. 490928)                                District of Columbia
Public Citizen Litigation Group
1600 20th Street, NW                                 DANIEL VAN HORN
Washington, DC 20009                                 D.C. Bar # 924092
(202) 588-7739                                       Chief, Civil Division
ssherman@citizen.org
                                                     ____Scott Leeson Sroka____
                                                     SCOTT LEESON SROKA
*Attorneys for Plaintiff*                            Member of New York Bar
                                                     Assistant United States Attorney
                                                     555 Fourth Street, N.W.
                                                     Washington, D.C.  20530
                                                     (202) 252-7113
                                                     Scott.Sroka@usdoj.gov

                                                     *Attorneys for Defendant*